## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 21, 2023

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re: Case No. 22-5104/22-5125, *S.C. v. Metro Govt of Nashville*
Originating Case No. 3:17-cv-01098

Dear Ms. Hill:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
 for Roy Ford, Case Manager

cc: Mr. Stephen C. Crofford
 Ms. Erin H. Flynn
 Mr. J. Brooks Fox
 Mr. Jason Lee
 Ms. Mary Ann Parker
 Ms. Melissa Roberge

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-5104/22-5125

_____

Filed: December 21, 2023

S.C.

    Plaintiff - Appellee Cross-Appellant

v.

METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY, TN, dba Metropolitan Nashville Public Schools

    Defendant - Appellant Cross-Appellee

## MANDATE

Pursuant to the court's disposition that was filed 11/15/2023 the mandate for this case hereby issues today.

COSTS: None